UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: THOMAS, WILLIAM W. § Case No. 13-82384
      THOMAS, LOIS J. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/01/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 09/02/2014     By: /s/MEGAN G. HEEG
                                                                 Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: THOMAS, WILLIAM W. § Case No. 13-82384
   THOMAS, LOIS J. §
              §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 45,000.00 |
| and approved disbursements of | $ 4,832.20 |
| leaving a balance on hand of [1] | $ 40,167.80 |
| **Balance on hand:** | $ 40,167.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 40,167.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,656.82 | 0.00 | 2,656.82 |
| Trustee, Expenses - MEGAN G. HEEG | 58.58 | 0.00 | 58.58 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 5,910.25 | 0.00 | 5,910.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 205.22 | 0.00 | 205.22 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,600.00 | 0.00 | 1,600.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 10,430.87 |
| Remaining balance: | $ | 29,736.93 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 29,736.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 29,736.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,798.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hammond Henry Hospital | 308.16 | 0.00 | 308.16 |
| 2 | Quad City Rheumatology | 24.21 | 0.00 | 24.21 |
| 3 | Gastroenterology | 124.80 | 0.00 | 124.80 |
| 4 | Advanced Cardio | 122.60 | 0.00 | 122.60 |
| 5 | Regional Surgicenter | 99.90 | 0.00 | 99.90 |
| 6 | Kevin D Smith | 20.26 | 0.00 | 20.26 |
| 7 | Valley View Anesthesia | 25.26 | 0.00 | 25.26 |
| 8 | Advanced Radiology | 73.86 | 0.00 | 73.86 |
| 9 | Genesis-illini Campus | 178.10 | 0.00 | 178.10 |
| 10 | Genesis Health Group | 92.40 | 0.00 | 92.40 |
| 11 | Capital One Bank (USA), N.A. | 610.91 | 0.00 | 610.91 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | Capital One, N.A. | 1,222.49 | 0.00 | 1,222.49 |
| 13 | Capital Recovery V, LLC | 509.61 | 0.00 | 509.61 |
| 14 | Capital Recovery V, LLC | 385.68 | 0.00 | 385.68 |
| 15 | Hammond Henry Hospital | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 3,798.24
Remaining balance: $ 25,938.69

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 25,938.69

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 25,938.69

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.88. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $25,931.81.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-82384-TML
William W. Thomas                                                       Chapter 7
Lois J. Thomas
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Sep 03, 2014
                              Form ID: pdf006        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
```
db/jdb     +William W. Thomas,    Lois J. Thomas,    8049 Grennan Road,    Fenton, IL 61251-9788
20689966    AARP Rewards,    P.O. Box 15153,    Wilmington, DE  19886-5153
20689967    Account Liquidation Services,    304 N. Water St.,    Decorah, IA 52101
20974225   +Advanced Cardio,    c/oQuad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20974244   +Advanced Radiology,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20689969   +CBE Group,    POB 2635,    Waterloo, IA 50704-2635
20689968    Capital One Bank,    P.O. Box 6492,    Carol Stream, IL  60197-6492
20985958    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21027122    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20689970    Chase Freedom,    P.O. Box 15153,    Wilmington, DE  19886-5153
20689972   +First Trust And Savings Bank,    209 South Main Street,    Albany, IL 61230-7710
20689971   +First Trust And Savings Bank,    700 Main St.,    Erie, IL 61250-7772
20974220   +Gastroenterology,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20974246   +Genesis Health Group,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20689976    Genesis Medical Center,    P.O Box 417,    East Moline, IL  61244-0417
20974245   +Genesis-illini Campus,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20974194   +Hammond Henry Hospital,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20689979    Healthcare Billing Services, Inc.,    P.O. Box 4,    Clinton, IA 52733-0004
20689980    Jeffry Thomas,    R.R. 1,    Fenton, IL  61251-0000
20974234   +Kevin  D  Smith,    c/o Quad Corporation,    2322 E Kimberly Rd  Ste 215W,
             Davenport, IA 52807-7207
20689965   +Miller Lancaster & Walker PC,    15 E Third St PO Box 535,    Sterling, IL 61081-0535
20689983   +Monarch Law Offices, P.C.,    10542 S Jordan Gtwy,    S Jordan, UT 84095-3906
20689984   +Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
20689985   +Quad Cities Ambulatory Surgery Center,    520 Valley View Drive, Ste. 300,    Moline, IL 61265-6114
20974216   +Quad City Rheumatology,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, iA 52807-7207
20689986    Quad Corporation,    P.O. Box 2020,    Davenport, IA  52809-2020
21355759   +Qyad City Rheumatology,    c/o Quad Corporation,    2322 E Kimberly Rd  ste 215W,
             Davenport, IA 52807-7207
20974230   +Regional  Surgicenter,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
20689987   +Regional Surgicenter,    545 Valley View Drive,    Moline, IL 61265-6138
20689964   +Thomas Lois J,    8049 Grennan Road,    Fenton, IL 61251-9788
20689963   +Thomas William W,    8049 Grennan Road,    Fenton, IL 61251-9788
20689988    Trinity Medical Center,    P.O. Box 7265,    Des Moines, IA  50309-7265
20689989    Trinity Regional Health System,    P.O. Box 7265,    Des Moines, IA  50309-7265
20689990    Universal Fidelity LP,    P.O. Box 941911,    Houston, TX  77094-8911
20689991   +Valley View Anesthesia,    545 Valley View Drive,    Moline, IL 61265-6138
20974241   +Valley View Anesthesia,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
             Davenport, IA 52807-7207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21185349      E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2014 07:01:56     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20689973      E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 06:55:59     GE Money Bank,    P.O. Box 960061,
               Orlando, FL  32896-0061
20689974      E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 07:01:52     GECRB-JCP,    P.O. Box 960090,
               Orlando, FL  32896-0090
20689975      E-mail/Text: reedg@genesishealth.com Sep 04 2014 05:40:17     Genesis Health Group,
               865 Lincoln Road, Suite L10,    Bettendorf, IA  52722-4159
20689977     +E-mail/Text: bankruptcy@hraccounts.com Sep 04 2014 05:39:03     H & R Accounts,
               7017 John Deere Parkway,    Moline, IL 61265-8072
20689978     +E-mail/Text: financialcounselor@hammondhenry.com Sep 04 2014 05:38:46     Hammond Henry Hospital,
               600 North College Avenue,    Geneseo, IL 61254-1099
20689981     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2014 05:39:03     Kohl's,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
20689982      E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2014 05:39:51     Midland Credit Management,
               P.O. Box 60578,    Los Angeles, CA  90060-0578
                                                                                             TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-3            User: cshabez              Page 2 of 2                 Date Rcvd: Sep 03, 2014
                                Form ID: pdf006            Total Noticed: 44

20974211*      +Hammond Henry Hospital,    c/o Quad Corporation,    2322 E Kimberly Rd    Ste 215W,
                 Davenport, IA 52807-7207
21350361*      +Hammond Henry Hospital,    c/o Quad Corporation,    2322 E Kimberly Rd    Ste 215W,
                 Davenport, IA 52807-7207
21350374*      +Quad City Rheumatology,    c/o Quad Corporation,    2322 E Kimberly Rd    Ste 215W,
                 Davenport, IA 52807-7207
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
              Kelli D Walker    on behalf of Joint Debtor Lois J. Thomas kelli@essex1.com
              Kelli D Walker    on behalf of Debtor William W. Thomas kelli@essex1.com
              Megan G Heeg     on behalf of Accountant    Wipfli LLP heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg     heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg     on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 6
```