# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: THOMAS, WILLIAM W. § Case No. 13-82384
      THOMAS, LOIS J. §
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $55,550.00        Assets Exempt: $35,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,805.12    Claims Discharged
                                                   Without Payment: $26,170.35

Total Expenses of Administration: $15,263.07

---

    3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 25,931.81 (see **Exhibit 2**), yielded net receipts of $19,068.19 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,097.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,263.07 | 15,263.07 | 15,263.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,307.72 | 4,113.28 | 3,805.12 | 3,805.12 |
| **TOTAL DISBURSEMENTS** | $43,404.72 | $19,376.35 | $19,068.19 | $19,068.19 |

4) This case was originally filed under Chapter 7 on July 03, 2013. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/25/2015           By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16.5 acres in Whiteside County (part of the nort | 1110-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOMAS, WILLIAM W. | Dividend paid 100.00% on $25,931.81; Claim# SURPLUS; Filed: $25,931.81; Reference: | 8200-002 | 0.00 |
| THOMAS, WILLIAM W. | Dividend paid 100.00% on $25,931.81; Claim# SURPLUS; Filed: $25,931.81; Reference: | 8200-002 | 25,931.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$25,931.81** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Trust And Savings Bank | 4110-000 | 14,097.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,097.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,656.82 | 2,656.82 | 2,656.82 |
| MEGAN G. HEEG | 2200-000 | N/A | 58.58 | 58.58 | 58.58 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 5,910.25 | 5,910.25 | 5,910.25 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 205.22 | 205.22 | 205.22 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| HB Wilkinson Title Company | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| HB Wilkinson Title Company | 2500-000 | N/A | 67.50 | 67.50 | 67.50 |
| HB Wilkinson Title Company | 2500-000 | N/A | 53.00 | 53.00 | 53.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.63 | 10.63 | 10.63 |
| Rabobank, N.A. | 2600-000 | N/A | 68.07 | 68.07 | 68.07 |
| US Treasury | 2810-000 | N/A | 2,235.00 | 2,235.00 | 2,235.00 |
| IL Department of Revenue | 2810-000 | N/A | 1,717.00 | 1,717.00 | 1,717.00 |
| Rabobank, N.A. | 2600-000 | N/A | 61.34 | 61.34 | 61.34 |
| Rabobank, N.A. | 2600-000 | N/A | 56.01 | 56.01 | 56.01 |
| Rabobank, N.A. | 2600-000 | N/A | 63.65 | 63.65 | 63.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,263.07 | $15,263.07 | $15,263.07 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hammond Henry Hospital | 7100-000 | 14.00 | 308.16 | 308.16 | 308.16 |
| 1I | Hammond Henry Hospital | 7990-000 | N/A | 0.56 | 0.56 | 0.56 |
| 2 | Quad City Rheumatology | 7100-000 | N/A | 24.21 | 24.21 | 24.21 |
| 2I | Quad City Rheumatology | 7990-000 | N/A | 0.04 | 0.04 | 0.04 |
| 3 | Gastroenterology | 7100-000 | N/A | 124.80 | 124.80 | 124.80 |
| 3I | Gastroenterology | 7990-000 | N/A | 0.23 | 0.23 | 0.23 |
| 4 | Advanced Cardio | 7100-000 | 599.48 | 122.60 | 122.60 | 122.60 |
| 4I | Advanced Cardio | 7990-000 | N/A | 0.22 | 0.22 | 0.22 |
| 5 | Regional Surgicenter | 7100-000 | 99.90 | 99.90 | 99.90 | 99.90 |
| 5I | Regional Surgicenter | 7990-000 | N/A | 0.18 | 0.18 | 0.18 |
| 6 | Kevin D Smith | 7100-000 | N/A | 20.26 | 20.26 | 20.26 |
| 6I | Kevin D Smith | 7990-000 | N/A | 0.04 | 0.04 | 0.04 |
| 7 | Valley View Anesthesia | 7100-000 | 25.26 | 25.26 | 25.26 | 25.26 |
| 7I | Valley View Anesthesia | 7990-000 | N/A | 0.05 | 0.05 | 0.05 |
| 8 | Advanced Radiology | 7100-000 | N/A | 73.86 | 73.86 | 73.86 |
| 8I | Advanced Radiology | 7990-000 | N/A | 0.13 | 0.13 | 0.13 |
| 9 | Genesis-illini Campus | 7100-000 | N/A | 178.10 | 178.10 | 178.10 |
| 9I | Genesis-illini Campus | 7990-000 | N/A | 0.32 | 0.32 | 0.32 |
| 10 | Genesis Health Group | 7100-000 | 101.82 | 92.40 | 92.40 | 92.40 |
| 10I | Genesis Health Group | 7990-000 | N/A | 0.17 | 0.17 | 0.17 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | 610.91 | 610.91 | 610.91 | 610.91 |
| 11I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 1.11 | 1.11 | 1.11 |
| 12 | Capital One, N.A. | 7100-000 | 1,222.00 | 1,222.49 | 1,222.49 | 1,222.49 |
| 12I | Capital One, N.A. | 7990-000 | N/A | 2.21 | 2.21 | 2.21 |
| 13 | Capital Recovery V, LLC | 7100-000 | 464.00 | 509.61 | 509.61 | 509.61 |
| 13I | Capital Recovery V, LLC | 7990-000 | N/A | 0.92 | 0.92 | 0.92 |
| 14 | Capital Recovery V, LLC | 7100-000 | N/A | 385.68 | 385.68 | 385.68 |
| 14I | Capital Recovery V, LLC | 7990-000 | N/A | 0.70 | 0.70 | 0.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Hammond Henry Hospital | 7100-000 | N/A | 308.16 | 0.00 | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 530.67 | N/A | N/A | 0.00 |
| NOTFILED | Chase Freedom | 7100-000 | 1,062.00 | N/A | N/A | 0.00 |
| NOTFILED | First Trust And Savings Bank | 7100-000 | 716.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Billing Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Genesis Medical Center | 7100-000 | 729.60 | N/A | N/A | 0.00 |
| NOTFILED | Trinity Regional Health System | 7100-000 | 32.82 | N/A | N/A | 0.00 |
| NOTFILED | Universal Fidelity LP | 7100-000 | 25.90 | N/A | N/A | 0.00 |
| NOTFILED | Trinity Medical Center | 7100-000 | 202.70 | N/A | N/A | 0.00 |
| NOTFILED | Monarch Law Offices, P.C. | 7100-000 | 458.26 | N/A | N/A | 0.00 |
| NOTFILED | Quad Cities Ambulatory Surgery Center | 7100-000 | 57.54 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 11,102.98 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts | 7100-000 | 583.40 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Account Liquidation Services | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | AARP Rewards | 7100-000 | 10,386.48 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,307.72 | $4,113.28 | $3,805.12 | $3,805.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Period Ending:** 03/25/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/03/13 (f)  
**§341(a) Meeting Date:** 08/09/13  
**Claims Bar Date:** 11/21/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 16.5 acres in Whiteside County (part of the nort  Imported from original petition Doc# 1 | 12,000.00 | 44,379.50 | | 45,000.00 | FA |
| 2 | 8049 Grennan Road, Fenton, IL 61251  Imported from original petition Doc# 1 | 50,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Erie State Bank--checking account  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Erie State Bank-savings account  Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | First Trust and Savings Bank, Erie, IL--checking  Imported from original petition Doc# 1 | 230.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. jewelry  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Shotgun  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Mallinckrodt Retirement Plan-- account in pay st  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 1993 Cadillac Seville  Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 13 | Old tractor used for mowing  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$67,550.00** | **$44,379.50** | | **$45,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-82384 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** THOMAS, WILLIAM W. | **Filed (f) or Converted (c):** 07/03/13 (f) |
| THOMAS, LOIS J. | **§341(a) Meeting Date:** 08/09/13 |
| **Period Ending:** 03/25/15 | **Claims Bar Date:** 11/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     November 30, 2014     **Current Projected Date Of Final Report (TFR):**     August 19, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-82384 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | THOMAS, WILLIAM W. | | **Bank Name:** | Rabobank, N.A. |
| | THOMAS, LOIS J. | | **Account:** | ******7466 - Checking Account |
| **Taxpayer ID #:** | **-***3713 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 03/25/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/14 | | HB Wilkinson Title Company | sale of lot on Grennan Road Fenton, IL per Order dated 1/22/14 | | 44,379.50 | | 44,379.50 |
| | {1} | | 45,000.00 | 1110-000 | | | 44,379.50 |
| | | | title fees                     -500.00 | 2500-000 | | | 44,379.50 |
| | | | Recording Fees to          -67.50 County Recorder | 2500-000 | | | 44,379.50 |
| | | | fees due Title                -53.00 Underwriter to Chicago Title Insurance Company | 2500-000 | | | 44,379.50 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.63 | 44,368.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.07 | 44,300.80 |
| 05/07/14 | 101 | US Treasury | 2013 taxes | 2810-000 | | 2,235.00 | 42,065.80 |
| 05/07/14 | 102 | IL Department of Revenue | 2013 taxes | 2810-000 | | 1,717.00 | 40,348.80 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.34 | 40,287.46 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.01 | 40,231.45 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.65 | 40,167.80 |
| 08/26/14 | 103 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,600.00, Accountant for Trustee Fees (Other Firm); Reference: Voided on 08/26/14 | 3410-000 | | 1,600.00 | 38,567.80 |
| 08/26/14 | 103 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,600.00, Accountant for Trustee Fees (Other Firm); Reference: Voided: check issued on 08/26/14 | 3410-000 | | -1,600.00 | 40,167.80 |
| 08/26/14 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $5,910.25, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided on 08/26/14 | 3110-000 | | 5,910.25 | 34,257.55 |
| 08/26/14 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $5,910.25, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided: check issued on 08/26/14 | 3110-000 | | -5,910.25 | 40,167.80 |
| 08/26/14 | 105 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $205.22, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 08/26/14 | 3120-000 | | 205.22 | 39,962.58 |
| 08/26/14 | 105 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $205.22, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 08/26/14 | 3120-000 | | -205.22 | 40,167.80 |
| 08/26/14 | 106 | Hammond Henry Hospital | Dividend paid 100.00% on $308.16; Claim# 1; | 7100-000 | | 308.16 | 39,859.64 |
| | | | Subtotals : | | $44,379.50 | $4,519.86 | |

{} Asset reference(s)

Printed: 03/25/2015 02:32 PM     V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $308.16; Reference:<br>Voided on 08/26/14 | | | | |
| 08/26/14 | 106 | Hammond Henry Hospital | Dividend paid 100.00% on $308.16; Claim# 1;<br>Filed: $308.16; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -308.16 | 40,167.80 |
| 08/26/14 | 107 | Quad City Rheumatology | Dividend paid 100.00% on $24.21; Claim# 2;<br>Filed: $24.21; Reference:<br>Voided on 08/26/14 | 7100-000 | | 24.21 | 40,143.59 |
| 08/26/14 | 107 | Quad City Rheumatology | Dividend paid 100.00% on $24.21; Claim# 2;<br>Filed: $24.21; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -24.21 | 40,167.80 |
| 08/26/14 | 108 | Gastroenterology | Dividend paid 100.00% on $124.80; Claim# 3;<br>Filed: $124.80; Reference:<br>Voided on 08/26/14 | 7100-000 | | 124.80 | 40,043.00 |
| 08/26/14 | 108 | Gastroenterology | Dividend paid 100.00% on $124.80; Claim# 3;<br>Filed: $124.80; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -124.80 | 40,167.80 |
| 08/26/14 | 109 | Advanced Cardio | Dividend paid 100.00% on $122.60; Claim# 4;<br>Filed: $122.60; Reference:<br>Voided on 08/26/14 | 7100-000 | | 122.60 | 40,045.20 |
| 08/26/14 | 109 | Advanced Cardio | Dividend paid 100.00% on $122.60; Claim# 4;<br>Filed: $122.60; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -122.60 | 40,167.80 |
| 08/26/14 | 110 | Regional Surgicenter | Dividend paid 100.00% on $99.90; Claim# 5;<br>Filed: $99.90; Reference:<br>Voided on 08/26/14 | 7100-000 | | 99.90 | 40,067.90 |
| 08/26/14 | 110 | Regional Surgicenter | Dividend paid 100.00% on $99.90; Claim# 5;<br>Filed: $99.90; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -99.90 | 40,167.80 |
| 08/26/14 | 111 | Kevin D Smith | Dividend paid 100.00% on $20.26; Claim# 6;<br>Filed: $20.26; Reference:<br>Voided on 08/26/14 | 7100-000 | | 20.26 | 40,147.54 |
| 08/26/14 | 111 | Kevin D Smith | Dividend paid 100.00% on $20.26; Claim# 6;<br>Filed: $20.26; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -20.26 | 40,167.80 |
| 08/26/14 | 112 | Valley View Anesthesia | Dividend paid 100.00% on $25.26; Claim# 7;<br>Filed: $25.26; Reference:<br>Voided on 08/26/14 | 7100-000 | | 25.26 | 40,142.54 |
| 08/26/14 | 112 | Valley View Anesthesia | Dividend paid 100.00% on $25.26; Claim# 7; | 7100-000 | | -25.26 | 40,167.80 |

Subtotals :    $0.00    $-308.16

{} Asset reference(s)

Printed: 03/25/2015 02:32 PM    V.13.21

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $25.26; Reference:<br>Voided: check issued on 08/26/14 | | | | |
| 08/26/14 | 113 | Advanced Radiology | Dividend paid 100.00% on $73.86; Claim# 8; Filed: $73.86; Reference:<br>Voided on 08/26/14 | 7100-000 | | 73.86 | 40,093.94 |
| 08/26/14 | 113 | Advanced Radiology | Dividend paid 100.00% on $73.86; Claim# 8; Filed: $73.86; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -73.86 | 40,167.80 |
| 08/26/14 | 114 | Genesis-illini Campus | Dividend paid 100.00% on $178.10; Claim# 9; Filed: $178.10; Reference:<br>Voided on 08/26/14 | 7100-000 | | 178.10 | 39,989.70 |
| 08/26/14 | 114 | Genesis-illini Campus | Dividend paid 100.00% on $178.10; Claim# 9; Filed: $178.10; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -178.10 | 40,167.80 |
| 08/26/14 | 115 | Genesis Health Group | Dividend paid 100.00% on $92.40; Claim# 10; Filed: $92.40; Reference:<br>Voided on 08/26/14 | 7100-000 | | 92.40 | 40,075.40 |
| 08/26/14 | 115 | Genesis Health Group | Dividend paid 100.00% on $92.40; Claim# 10; Filed: $92.40; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -92.40 | 40,167.80 |
| 08/26/14 | 116 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $610.91; Claim# 11; Filed: $610.91; Reference:<br>Voided on 08/26/14 | 7100-000 | | 610.91 | 39,556.89 |
| 08/26/14 | 116 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $610.91; Claim# 11; Filed: $610.91; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -610.91 | 40,167.80 |
| 08/26/14 | 117 | Capital One, N.A. | Dividend paid 100.00% on $1,222.49; Claim# 12; Filed: $1,222.49; Reference:<br>Voided on 08/26/14 | 7100-000 | | 1,222.49 | 38,945.31 |
| 08/26/14 | 117 | Capital One, N.A. | Dividend paid 100.00% on $1,222.49; Claim# 12; Filed: $1,222.49; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -1,222.49 | 40,167.80 |
| 08/26/14 | 118 | Capital Recovery V, LLC | Dividend paid 100.00% on $509.61; Claim# 13; Filed: $509.61; Reference:<br>Voided on 08/26/14 | 7100-000 | | 509.61 | 39,658.19 |
| 08/26/14 | 118 | Capital Recovery V, LLC | Dividend paid 100.00% on $509.61; Claim# 13; Filed: $509.61; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -509.61 | 40,167.80 |
| 08/26/14 | 119 | Capital Recovery V, LLC | Dividend paid 100.00% on $385.68; Claim# | 7100-000 | | 385.68 | 39,782.12 |

Subtotals :                    $0.00            $385.68

{} Asset reference(s)                                                                                           Printed: 03/25/2015 02:32 PM    V.13.21

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 14; Filed: $385.68; Reference:<br>Voided on 08/26/14 | | | | |
| 08/26/14 | 119 | Capital Recovery V, LLC | Dividend paid 100.00% on $385.68; Claim# 14; Filed: $385.68; Reference:<br>Voided: check issued on 08/26/14 | 7100-000 | | -385.68 | 40,167.80 |
| 08/26/14 | 120 | Hammond Henry Hospital | Dividend paid 100.00% on $0.56; Claim# 1I; Filed: $0.56; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.56 | 40,167.24 |
| 08/26/14 | 120 | Hammond Henry Hospital | Dividend paid 100.00% on $0.56; Claim# 1I; Filed: $0.56; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.56 | 40,167.80 |
| 08/26/14 | 121 | Quad City Rheumatology | Dividend paid 100.00% on $0.04; Claim# 2I; Filed: $0.04; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.04 | 40,167.76 |
| 08/26/14 | 121 | Quad City Rheumatology | Dividend paid 100.00% on $0.04; Claim# 2I; Filed: $0.04; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.04 | 40,167.80 |
| 08/26/14 | 122 | Gastroenterology | Dividend paid 100.00% on $0.23; Claim# 3I; Filed: $0.23; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.23 | 40,167.57 |
| 08/26/14 | 122 | Gastroenterology | Dividend paid 100.00% on $0.23; Claim# 3I; Filed: $0.23; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.23 | 40,167.80 |
| 08/26/14 | 123 | Advanced Cardio | Dividend paid 100.00% on $0.22; Claim# 4I; Filed: $0.22; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.22 | 40,167.58 |
| 08/26/14 | 123 | Advanced Cardio | Dividend paid 100.00% on $0.22; Claim# 4I; Filed: $0.22; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.22 | 40,167.80 |
| 08/26/14 | 124 | Regional Surgicenter | Dividend paid 100.00% on $0.18; Claim# 5I; Filed: $0.18; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.18 | 40,167.62 |
| 08/26/14 | 124 | Regional Surgicenter | Dividend paid 100.00% on $0.18; Claim# 5I; Filed: $0.18; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.18 | 40,167.80 |
| 08/26/14 | 125 | Kevin D Smith | Dividend paid 100.00% on $0.04; Claim# 6I; Filed: $0.04; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.04 | 40,167.76 |
| 08/26/14 | 125 | Kevin D Smith | Dividend paid 100.00% on $0.04; Claim# 6I; | 7990-000 | | -0.04 | 40,167.80 |

Subtotals :         $0.00         $-385.68

{} Asset reference(s)                                                             Printed: 03/25/2015 02:32 PM    V.13.21

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $0.04; Reference: Voided: check issued on 08/26/14 | | | | |
| 08/26/14 | 126 | Valley View Anesthesia | Dividend paid 100.00% on $0.05; Claim# 7I; Filed: $0.05; Reference: Voided on 08/26/14 | 7990-000 | | 0.05 | 40,167.75 |
| 08/26/14 | 126 | Valley View Anesthesia | Dividend paid 100.00% on $0.05; Claim# 7I; Filed: $0.05; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -0.05 | 40,167.80 |
| 08/26/14 | 127 | Advanced Radiology | Dividend paid 100.00% on $0.13; Claim# 8I; Filed: $0.13; Reference: Voided on 08/26/14 | 7990-000 | | 0.13 | 40,167.67 |
| 08/26/14 | 127 | Advanced Radiology | Dividend paid 100.00% on $0.13; Claim# 8I; Filed: $0.13; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -0.13 | 40,167.80 |
| 08/26/14 | 128 | Genesis-illini Campus | Dividend paid 100.00% on $0.32; Claim# 9I; Filed: $0.32; Reference: Voided on 08/26/14 | 7990-000 | | 0.32 | 40,167.48 |
| 08/26/14 | 128 | Genesis-illini Campus | Dividend paid 100.00% on $0.32; Claim# 9I; Filed: $0.32; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -0.32 | 40,167.80 |
| 08/26/14 | 129 | Genesis Health Group | Dividend paid 100.00% on $0.17; Claim# 10I; Filed: $0.17; Reference: Voided on 08/26/14 | 7990-000 | | 0.17 | 40,167.63 |
| 08/26/14 | 129 | Genesis Health Group | Dividend paid 100.00% on $0.17; Claim# 10I; Filed: $0.17; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -0.17 | 40,167.80 |
| 08/26/14 | 130 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $1.11; Claim# 11I; Filed: $1.11; Reference: Voided on 08/26/14 | 7990-000 | | 1.11 | 40,166.69 |
| 08/26/14 | 130 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $1.11; Claim# 11I; Filed: $1.11; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -1.11 | 40,167.80 |
| 08/26/14 | 131 | Capital One, N.A. | Dividend paid 100.00% on $2.21; Claim# 12I; Filed: $2.21; Reference: Voided on 08/26/14 | 7990-000 | | 2.21 | 40,165.59 |
| 08/26/14 | 131 | Capital One, N.A. | Dividend paid 100.00% on $2.21; Claim# 12I; Filed: $2.21; Reference: Voided: check issued on 08/26/14 | 7990-000 | | -2.21 | 40,167.80 |
| 08/26/14 | 132 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.92; Claim# 13I; | 7990-000 | | 0.92 | 40,166.88 |

Subtotals : $0.00  $0.92

{} Asset reference(s)

Printed: 03/25/2015 02:32 PM    V.13.21

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $0.92; Reference:<br>Voided on 08/26/14 | | | | |
| 08/26/14 | 132 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.92; Claim# 13I;<br>Filed: $0.92; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.92 | 40,167.80 |
| 08/26/14 | 133 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.70; Claim# 14I;<br>Filed: $0.70; Reference:<br>Voided on 08/26/14 | 7990-000 | | 0.70 | 40,167.10 |
| 08/26/14 | 133 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.70; Claim# 14I;<br>Filed: $0.70; Reference:<br>Voided: check issued on 08/26/14 | 7990-000 | | -0.70 | 40,167.80 |
| 08/26/14 | 134 | THOMAS, WILLIAM W. | Dividend paid 100.00% on $25,931.81; Claim#<br>SURPLUS; Filed: $25,931.81; Reference:<br>Voided on 08/26/14 | 8200-002 | | 25,931.81 | 14,235.99 |
| 08/26/14 | 134 | THOMAS, WILLIAM W. | Dividend paid 100.00% on $25,931.81; Claim#<br>SURPLUS; Filed: $25,931.81; Reference:<br>Voided: check issued on 08/26/14 | 8200-002 | | -25,931.81 | 40,167.80 |
| 08/26/14 | 135 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST<br>Voided on 08/26/14 | 2100-000 | | 2,715.40 | 37,452.40 |
| 08/26/14 | 135 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST<br>Voided: check issued on 08/26/14 | 2100-000 | | -2,715.40 | 40,167.80 |
| 10/02/14 | 136 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,600.00,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,600.00 | 38,567.80 |
| 10/02/14 | 137 | Ehrmann Gehlbach Badger Lee &<br>Considine, LLC | Dividend paid 100.00% on $5,910.25, Attorney<br>for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,910.25 | 32,657.55 |
| 10/02/14 | 138 | Ehrmann Gehlbach Badger Lee &<br>Considine, LLC | Dividend paid 100.00% on $205.22, Attorney<br>for Trustee Expenses (Trustee Firm);<br>Reference: | 3120-000 | | 205.22 | 32,452.33 |
| 10/02/14 | 139 | Hammond Henry Hospital | Dividend paid 100.00% on $308.16; Claim# 1;<br>Filed: $308.16; Reference: | 7100-000 | | 308.16 | 32,144.17 |
| 10/02/14 | 140 | Quad City Rheumatology | Dividend paid 100.00% on $24.21; Claim# 2;<br>Filed: $24.21; Reference: | 7100-000 | | 24.21 | 32,119.96 |
| 10/02/14 | 141 | Gastroenterology | Dividend paid 100.00% on $124.80; Claim# 3;<br>Filed: $124.80; Reference: | 7100-000 | | 124.80 | 31,995.16 |

Subtotals :                    $0.00        $8,171.72

{} Asset reference(s)                                    Printed: 03/25/2015 02:32 PM    V.13.21

Case 13-82384    Doc 45    Filed 04/22/15    Entered 04/22/15 14:56:44    Desc Main
Document    Page 15 of 16

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 13-82384  
**Case Name:** THOMAS, WILLIAM W.  
THOMAS, LOIS J.  
**Taxpayer ID #:** **-***3713  
**Period Ending:** 03/25/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/14 | 142 | Advanced Cardio | Dividend paid 100.00% on $122.60; Claim# 4; Filed: $122.60; Reference: | 7100-000 | | 122.60 | 31,872.56 |
| 10/02/14 | 143 | Regional Surgicenter | Dividend paid 100.00% on $99.90; Claim# 5; Filed: $99.90; Reference: | 7100-000 | | 99.90 | 31,772.66 |
| 10/02/14 | 144 | Kevin D Smith | Dividend paid 100.00% on $20.26; Claim# 6; Filed: $20.26; Reference: | 7100-000 | | 20.26 | 31,752.40 |
| 10/02/14 | 145 | Valley View Anesthesia | Dividend paid 100.00% on $25.26; Claim# 7; Filed: $25.26; Reference: | 7100-000 | | 25.26 | 31,727.14 |
| 10/02/14 | 146 | Advanced Radiology | Dividend paid 100.00% on $73.86; Claim# 8; Filed: $73.86; Reference: | 7100-000 | | 73.86 | 31,653.28 |
| 10/02/14 | 147 | Genesis-illini Campus | Dividend paid 100.00% on $178.10; Claim# 9; Filed: $178.10; Reference: | 7100-000 | | 178.10 | 31,475.18 |
| 10/02/14 | 148 | Genesis Health Group | Dividend paid 100.00% on $92.40; Claim# 10; Filed: $92.40; Reference: | 7100-000 | | 92.40 | 31,382.78 |
| 10/02/14 | 149 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $610.91; Claim# 11; Filed: $610.91; Reference: | 7100-000 | | 610.91 | 30,771.87 |
| 10/02/14 | 150 | Capital One, N.A. | Dividend paid 100.00% on $1,222.49; Claim# 12; Filed: $1,222.49; Reference: | 7100-000 | | 1,222.49 | 29,549.38 |
| 10/02/14 | 151 | Capital Recovery V, LLC | Dividend paid 100.00% on $509.61; Claim# 13; Filed: $509.61; Reference: | 7100-000 | | 509.61 | 29,039.77 |
| 10/02/14 | 152 | Capital Recovery V, LLC | Dividend paid 100.00% on $385.68; Claim# 14; Filed: $385.68; Reference: | 7100-000 | | 385.68 | 28,654.09 |
| 10/02/14 | 153 | Hammond Henry Hospital | Dividend paid 100.00% on $0.56; Claim# 1I; Filed: $0.56; Reference: | 7990-000 | | 0.56 | 28,653.53 |
| 10/02/14 | 154 | Quad City Rheumatology | Dividend paid 100.00% on $0.04; Claim# 2I; Filed: $0.04; Reference: | 7990-000 | | 0.04 | 28,653.49 |
| 10/02/14 | 155 | Gastroenterology | Dividend paid 100.00% on $0.23; Claim# 3I; Filed: $0.23; Reference: | 7990-000 | | 0.23 | 28,653.26 |
| 10/02/14 | 156 | Advanced Cardio | Dividend paid 100.00% on $0.22; Claim# 4I; Filed: $0.22; Reference: | 7990-000 | | 0.22 | 28,653.04 |
| 10/02/14 | 157 | Regional Surgicenter | Dividend paid 100.00% on $0.18; Claim# 5I; Filed: $0.18; Reference: | 7990-000 | | 0.18 | 28,652.86 |
| 10/02/14 | 158 | Kevin D Smith | Dividend paid 100.00% on $0.04; Claim# 6I; Filed: $0.04; Reference: | 7990-000 | | 0.04 | 28,652.82 |
| 10/02/14 | 159 | Valley View Anesthesia | Dividend paid 100.00% on $0.05; Claim# 7I; Filed: $0.05; Reference: | 7990-000 | | 0.05 | 28,652.77 |
| 10/02/14 | 160 | Advanced Radiology | Dividend paid 100.00% on $0.13; Claim# 8I; Filed: $0.13; Reference: | 7990-000 | | 0.13 | 28,652.64 |
| 10/02/14 | 161 | Genesis-illini Campus | Dividend paid 100.00% on $0.32; Claim# 9I; | 7990-000 | | 0.32 | 28,652.32 |
| | | | Subtotals : | | $0.00 | $3,342.84 | |

{} Asset reference(s)

Printed: 03/25/2015 02:32 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 13-82384 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | THOMAS, WILLIAM W. | | **Bank Name:** | Rabobank, N.A. |
| | THOMAS, LOIS J. | | **Account:** | ******7466 - Checking Account |
| **Taxpayer ID #:** | **-***3713 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 03/25/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $0.32; Reference: | | | | |
| 10/02/14 | 162 | Genesis Health Group | Dividend paid 100.00% on $0.17; Claim# 10I; Filed: $0.17; Reference: | 7990-000 | | 0.17 | 28,652.15 |
| 10/02/14 | 163 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $1.11; Claim# 11I; Filed: $1.11; Reference: | 7990-000 | | 1.11 | 28,651.04 |
| 10/02/14 | 164 | Capital One, N.A. | Dividend paid 100.00% on $2.21; Claim# 12I; Filed: $2.21; Reference: | 7990-000 | | 2.21 | 28,648.83 |
| 10/02/14 | 165 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.92; Claim# 13I; Filed: $0.92; Reference: | 7990-000 | | 0.92 | 28,647.91 |
| 10/02/14 | 166 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.70; Claim# 14I; Filed: $0.70; Reference: | 7990-000 | | 0.70 | 28,647.21 |
| 10/02/14 | 167 | THOMAS, WILLIAM W. | Dividend paid 100.00% on $25,931.81; Claim# SURPLUS; Filed: $25,931.81; Reference: | 8200-002 | | 25,931.81 | 2,715.40 |
| 10/02/14 | 168 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,715.40 | 0.00 |
| | | | Dividend paid 100.00% on $2,656.82; Claim# ; Filed: $2,656.82     2,656.82 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $58.58; Claim# ; Filed: $58.58     58.58 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 44,379.50 | 44,379.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 44,379.50 | 44,379.50 | |
| | | | Less: Payments to Debtors | | | 25,931.81 | |
| | | | **NET Receipts / Disbursements** | | **$44,379.50** | **$18,447.69** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******7466 | 44,379.50 | 18,447.69 | 0.00 |
| | **$44,379.50** | **$18,447.69** | **$0.00** |

{} Asset reference(s)    Printed: 03/25/2015 02:32 PM    V.13.21